CARL WUNDERLICH, Appellant, v WASHIM U. BHUIYAN et al., Respondents. [951 NYS2d 885]—

The defendants met their prima facie burdens of showing that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident (*see Toure v Avis Rent A Car Sys.*, 98 NY2d 345 [2002]; *Gaddy v Eyler*, 79 NY2d 955, 956-957 [1992]). The defendants submitted competent medical evidence establishing, prima facie, that the alleged injuries to the plaintiff's right knee did not constitute a serious injury within the meaning of Insurance Law § 5102 (d) (*see Staff v Yshua*, 59 AD3d 614 [2009]), including evidence establishing, prima facie, that the plaintiff did not sustain a serious injury under the 90/180 day category of Insurance Law § 5102 (d) (*see Bamundo v Fiero*, 88 AD3d 831 [2011]).

In opposition, the plaintiff failed to raise a triable issue of fact (*see Il Chung Lim v Chrabaszcz*, 95 AD3d 950, 951 [2012]; *McLoud v Reyes*, 82 AD3d 848, 849 [2011]). Accordingly, the Supreme Court properly granted the defendants' separate motions for summary judgment. Angiolillo, J.P., Balkin, Austin and Miller, JJ., concur.